IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK D. BEATS,                        :
     Plaintiff
                                              :

     vs.                              :   CIVIL NO. 1:CV-07-1589

MICHAEL J. ASTRUE,                     :      (Judge Caldwell)
Commissioner of Social
Security,                              :   (Magistrate Judge Blewitt)
     Defendant


*O R D E R*


     AND NOW, this 11th day of September, 2008, upon consideration of the report (doc. 19) of the magistrate judge, filed July 14, 2008, Plaintiff's objections (doc. 20) thereto, and upon independent review of the record, it is ordered that:

     1. The magistrate judge's report is adopted.

     2. Plaintiff's appeal of the decision of the defendant, Commissioner of Social Security is denied.

     3. The Clerk of Court shall close this file.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge